JB

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
) No 19 CR 321
v. ) No CR
)
)
Adan Casarrubias-Salgado, ) Hon Matthew Kennelley, Judge
defendant )

**FILED**
AUG 03 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

<u>MOTION TO DISMISS</u>

Now Comes Adan Casarrubias-Salgado (Adan) for his MOTION TO DISMISS pursuant to the Fifth Amendment, United Nations Convention Against Torture and other Cruel, inhumane or degrading treatment or punishment (CAT), 1465 UNTS 85, 23 ILM 1027, and the Torture Act, 18 USC §§ 2340-2340A states as follows:

So ultimately the United States does not sanction torture of any kind in any country, and that is the United States that I'm proud to serve as a United States District Court Judge. United States v. Beltran-Leon, 9 F 4th 485 (2021) (quoting Chief District Court Judge Rubén Castillo)

CAT defines torture this way: "any act by which severe pain or suffering, whether physical or mental, is intentionally inflicted on a person for such purposes as obtaining from

him or a third person information or a confession, punishing him for an act he or a third person has committed, or intimidating or coercing him or a third person, or for any reason based on discrimination of any kind, when such pain and suffering is inflicted by or at the INSTIGATION of or with the consent or acquiescence of a public official or other person acting in an official capacity."

## ABUSED ADAN

Adan has experienced seven years of painful torture at the hands of Mexican Marines. This included Kangaroo Court masked witnesses with voices distorted mexican style justice. Mexican military authorities tortured him repeatedly with electroshock tasering, broken bones beatings with police metal batons, anal violation, and waterboarding. Before discarding him in a cruel desert prison in Sonora. The scars he bears provide silent testimony to his suffering. However, Adan was far luckier at the hands of Mexican Marines than either of his two, now deceased brothers. The death of his brother Mario was particularly gruesome. He was treated to the Mexican Marines favorite amusement. Prisoner BUNGY diving from attack helicopters. Likewise, Adan's brothers are also incarcerated in Mexico awaiting a similarly grisly unhealthy fate. Had United States Vice President Harris never traveled to Mexico; likely Adan would have perished in this blood sport.

Torture laced proceedings, as Judge Castillo adroitly noted, can not be sanctioned. The pink elephant Judge Castillo alluded to ( the

Mexican Military) has meted out indiscriminate torture. There are many victims of their sadistic conduct. Mexican military atrocities are in plain view. A Mexican judge determined that torture induced confessions have played a role in these proceedings. (See Exhibit A SunTimes Article of May 31, 2022). Formerly, Adan had worked for many years as a pizza delivery driver for Mama Luna's Pizzeria here in Chicago until 2010. This does not exactly qualify him for the role of cartel king pin. Adan can not be substituted as a surrogate for his deceased brother. The U.S. Constitution does not abide torture or allow our law enforcement benefit from an unholy alliance with torturers.

Wherefore Adan Respectfully requests that this court enter an order:

A.) Dismissing these proceedings
B.) All Relief that this court deems just and proper

Respectfully Submitted

*[signature]*

Adan Casarrubias-Salgado
# 11711-424
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, Illinois 60605

# Drug cartel leader 'El Tomate' extradited from Mexico, faces federal charges in Chicago

**BY FRANK MAIN AND JON SEIDEL**
Staff Reporters

A leader of a drug cartel linked to the unsolved disappearance of 43 students in Mexico in 2014 is in U.S. custody in the Chicago area, where he faces criminal charges that could put him away for the rest of his life.

Adan Casarrubias Salgado, 53, and his brothers Sidronio, Angel and Mario were leaders of the Guerreros Unidos drug cartel. But now Adan Casarrubias Salgado — also known as "El Tomate," "Tomatito," "Star" and "Silver" — is charged with conspiracy, drug trafficking and money laundering.

Federal authorities say he distributed multiple kilograms of heroin in the Chicago area in 2014 and transferred hundreds of thousands of dollars in proceeds back to Mexico. He pleaded not guilty during an arraignment Friday before U.S. District Judge Matthew Kennelly, following his extradition from Mexico.

"Exercising strong federal laws and extradition is critical to weakening transnational drug cartels that send deadly drugs to the U.S.," said Robert J. Bell, the Drug Enforcement Administration's special-agent-in-charge in Chicago. "The DEA appreciates doing its important work with our close partners to keep Americans safe."

Mario Casarrubias Salgado, nicknamed The Handsome Toad or El Sapo Guapo in Spanish, founded the cartel around 2011, sources say. He was formerly a bodyguard to Arturo Beltran Leyva, the late kingpin of another cartel in Mexico.

Mario Casarrubias Salgado, a Mexico City native, once lived in Logan Square and created a heroin distribution network from Mexico to Chicago using Mexican passenger buses. He served nine months in an Illinois state prison in 2005 for illegal gun possession, records show.

After prison here, he went to Mexico, where he worked for the Beltran-Leyva Organization cartel. But when police captured a drug shipment he oversaw, he feared he'd be killed and quit, creating Guerreros Unidos with his brother Angel "El Mochomo" Casarrubias Salgado, law enforcement sources say.

Mario Casarrubias Salgado died last year in a prison in Mexico, where he was serving a 10-year sentence on gun and drug charges.

Marco Vega Cuevas, who grew up in Aurora, also was one of the leaders of the cartel. He drowned in a lake in Mexico on March 20, 2014, at 35, supposedly trying to save his wife after she fell in. Marco's brother, Pablo Vega Cuevas, also from Aurora, became the Chicago-area cell leader for the cartel, federal prosecutors have said. He has pleaded guilty to drug charges and is awaiting sentencing in federal court in Chicago.

Sidronio Casarrubias Salgado was arrested in October 2014 in connection with the kidnappings and suspected murders of the students in the town of Iguala in Guerrero state.

Mexican authorities said they believed the police chief of Iguala orchestrated the kidnappings and killings on the orders of Sidronio, who was arrested but released from prison in 2019 after a judge determined he was tortured into a confession. In 2020, his brother Angel Casarrubias Salgado was arrested on suspicion of ordering the killings of the students, but he was released from custody, too, according to news reports.

The students, who attended a rural teachers' college, had traveled to Iguala on Sept. 26, 2014, to steal buses to use in a protest march in Mexico City, the authorities said. One theory is they were unwittingly on a passenger bus loaded with Guerreros Unidos' heroin destined for Chicago.

A possible link between the cartel and the students' disappearance was a photo the DEA obtained from Mexican authorities that showed a bullet-riddled bus with a monarch butterfly painted on the back. The bus was similar to the Monarch passenger buses that hauled the cartel's heroin from Mexico to Chicago, a law enforcement source said, adding that agents found the photo interesting but inconclusive evidence of a connection between the students' disappearance and the cartel's Mexico-to-Chicago drug operation.

In May 2021, Vice President Kamala Harris traveled to Mexico to meet with President Andre Manuel Lopez Obrador and agreed to send intelligence to Mexico's public prosecution office about Guerreros Unidos' possible involvement in the disappearance of the students. But when that information was delivered, Mexican prosecutors said they already had it, the source said.

It's unclear whether U.S. officials were able to provide Mexico with any more evidence about the case.

EXHIBIT A

# ...CTS DATA ABOUT
# ...ORTIONS BUT
# ...HNICITY HIDDEN

...isparities has never been public here.
...luating whether that should change.



...llied in downtown Chicago on May 14, motivated by a leaked draft of a Supreme Court opinion that indicated ... decision in Roe v. Wade, which established a woman's right to have an abortion. Here, some attending the May
...UN-TIMES

...used to provide abortions. "Because abortion is such a polarizing topic that has so much stigma associated with it, my first thing is: Could that data be misused ... and target groups of people."

Madison said patients in her clinic already can be suspicious when asked to document their race, fearful of how the government could use the information or wondering if they could be treated differently based on what they look like.

"On the other hand, the medical public

Adam Casarrubias-Salgado
#11711-424
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, Illinois 60605

S SUBURBAN IL
28 JUL 2022 PM

CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
219 South Dearborn Street
CHICAGO, ILLINOIS 60604

60604-1809909

LEGAL MAIL

RECEIVED
2022 AUG -3 AM 9:18

Legal MAIL

**METROPOLITAN CORRECTIONAL CENTER**
**71 W VAN BUREN ST, CHICAGO IL 606005**

The enclosed letter was processed through special mailing procedures for forwarding to you.
This letter has neither been opened nor inspected.

JUL 28 2022

08/03/2022-11