UNITES STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
)
v. ) No. 19 CR 123
Adan Cenen Casarrubias-Salgado, ) Hon. Mathew Kennelley, Judge
defendant )

## MOTION TO PERMIT DIRECT COURT APPEARANCE

Now Comes Adán Cenén Casarrubias-Salgado, (Adan), for his motion to permit direct court appearance.

Adan Respectfully requests tha he is transported to the Dirksen federal Courthouse for his next scheduled courtdate. Adan wishes to attend court directly in persona proprio. Specifically, Adan does not want to appear via zoom or web ex. Our Constitution provides for public proceedings of criminal adjudication.

Wherefore Adan Respectfully request that this court may enter an order allowing his future Court appearance directly.

Respectfully Submitted

Adan Cenen Casarrubias Salgado, Metropolitan Correctional Center
# 11711-424    71 West Van Buren, Chicago IL. 60605

FILED
AUG 12 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dan Casarrubias-Salgado
#11711-424
Metropolitan Correctional Center
1 West Van Buren Street
Chicago, Illinois 60605

RECEIVED
2022 AUG 12 AM 8:26

Legal Mail

S SUBURBAN IL 604

CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS
60604

60604-180099
Legal Mail

