## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                        Case No.: 1:19−cr−00321
                                                                  Honorable Matthew F. Kennelly

Adan Casarrubias Salgado

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 21, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Adan Casarrubias Salgado: At the request of government counsel, the in person status hearing set for 12:45 p.m. on 9/30/2022 is moved up to 12:30 p.m. on that date. This is a time change only. The Court will make the necessary arrangements to have the defendant appear in person for the status hearing. The hearing will be held in Courtroom 2103. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.