# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                           Case No.: 1:19−cr−00321
                                                            Honorable Matthew F. Kennelly

Adan Casarrubias Salgado

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 30, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Adan Casarrubias Salgado: Telephonic status hearing held on 8/30/2023. Jury trial set for 9/11/2023 is vacated and reset to 3/4/2024 at 9:15 a.m. Pretrial conference set for 9/6/2023 is vacated and reset to 11/3/2023 at 2:00 p.m. The conference will be held in Courtroom 2103. The Court will make the necessary arrangements to have the defendant appear in person for the pretrial conference and jury trial. Deadline for motions in limine is extended to 9/6/2023. Responses to the motions in limine are extended to 9/18/2023. Ordered time excluded through 3/4/2024 due to the complexity of the case which outweighs the interest, pursuant to 18 U.S.C. 3161(h)(7)(B)(iv). Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.