IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES, | ) | |
|     Plaintiff, | ) | |
| Vs. | ) | No. 19 CR 00321 |
| | ) | |
| | ) | Judge Mathew F. Kennelly |
| Adan Casarrubias Salgado | ) | |
| | ) | |
| | ) | |
| Defendant. | | |

# DEFENDANT'S MOTION IN *LIMINE* TO BAR REFERENCE TO IRRELEVANT AND PREJUDICIAL INFORMATION

**BACKGROUND**

Defendant Adan Casarrubias Salgado is charged with narcotics conspiracy, substantive narcotics offenses, and money laundering. The government alleges that defendant worked with others (while defendant was in Mexico) to send buses with heroin loaded in hidden compartments to Chicago for distribution, and then to send the resulting cash drug proceeds from Chicago back down to Mexico—likewise hidden in the buses.

A great deal of press coverage in both Mexico and the United States involved the disappearance (and presumed death) of students in Mexico. In the press coverage this specific case has been referenced, Adan Casarubias has been mentioned by name and accused of being involved in the disappearance of the students.

1

The Defense should, at the outset, acknowledge that the Government has given its assurance that it has no intention of introducing evidence of these disappearances in this case. Nevertheless, the Defense would make the following Motions in Limine:

1. Both parties should be admonished to inform their witnesses not to mention or allude to the disappearance of the students, and both parties should be admonished to avoid questioning witnesses in any way that might invite such testimony.

2. All of the above-described press coverage regarding an alleged connection between this case and the disappearance of the students in Mexico also refer to this case as one about a Cartel known as "Guerreros Unidos." This is a drug distribution case. It is not a "gang'" or "cartel" case. Both parties should admonish their witnesses not to use the word "cartel" "drug gang" or the name of an individual, illegal organized crime group. Bothe parties should be admonished not to ask questions that would invite such testimony nor to use such terms in attorney comment or argument.

Respectfully submitted,
/S/ John C. Benson
Attorney for Adan Casarrubias Salgado.
4111 South Richmond
Chicago, IL 60632
(312) 399-5419