# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Adan Casarrubias Salgado

Defendant.

Case No.: 1:19−cr−00321
Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 29, 2023:

MINUTE entry before the Honorable Matthew F. Kennelly as to Adan Casarrubias Salgado: Defendant's pro se motions to compel withdrawal of attorney [27] [33] are denied as moot. Defendant's pro se motion to dismiss based on the Convention Against Torture and on related grounds [29] is denied without prejudice to renewal because it was not adopted by counsel. Defendant's pro se motion for compassionate release [30] is denied because defendant is properly detained pending trial. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.